UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON RENNER,<br><br>                Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>                Defendant. | CASE NO. 2:18-CV-1864-JCC-JRC<br><br>REPORT AND RECOMMENDATION TO DISMISS FOR LACK OF PROSECUTION<br><br>Noting Date: May 24, 2019 |

This matter has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1), Local Magistrate Judge Rule MJR 4(a)(4), and *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261, 271–72 (1976).

Plaintiff failed to file a Civil Cover Sheet when he initiated this matter, as required by Local Civil Rule 3(a).  *See* Dkt. 1.  When the Clerk informed plaintiff of this filing deficiency, plaintiff failed to respond or to correct the deficiency.  *See* Dkt. 2.  This Court then issued an Order To Show Cause by May 3, 2019 why this matter should not be dismissed; however,

1 | plaintiff has to date failed to correct the deficiency or otherwise to take any action in this matter.
2 | *See* Dkt. 4.
3 |       Both the Clerk of this Court and the undersigned have informed plaintiff of his filing
4 | deficiency.  This Court has warned plaintiff that failure to correct the deficiency may result in
5 | dismissal of this matter.  Yet, over four months have passed since plaintiff initiated this matter,
6 | and plaintiff has taken no action to correct the deficiency or otherwise proceed.  In view of these
7 | facts, this Court recommends that this matter be dismissed without prejudice for failure to
8 | prosecute and that the case be closed.
9 |       Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), plaintiff shall have fourteen
10 | (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P. 6.
11 | Failure to file objections will result in a waiver of those objections for purposes of *de novo*
12 | review by the district judge.  *See* 28 U.S.C. § 636(b)(1)(C).  Accommodating the time limit
13 | imposed by Rule 72(b), the clerk is directed to set the matter for consideration on May 24, 2019,
14 | as noted in the caption.
15 |       Dated this 6th day of May, 2019.

                                              J. Richard Creatura
                                              United States Magistrate Judge