THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON RENNER,<br><br>        Plaintiff,<br>   v.<br>NANCY A. BERRYHILL,<br><br>        Defendant. | CASE NO. C18-1864-JCC<br><br>ORDER |

The Court, having reviewed the report and recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby ORDER:

(1) The Court ADOPTS the report and recommendation (Dkt. No. 5);

(2) The case is DISMISSED without prejudice;

(3) The Clerk is DIRECTED to send copies of this order to counsel and Judge Creatura.

DATED this 13th day of June 2019.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1864-JCC
PAGE - 1